**In the Matter of: REICHMANN PETROLEUM CORPORATION, formerly known as Richman Petroleum Corporation, Debtor**

**Don Hanvey Oil Trust, Incorporated; Hanvey Production Company; Don H. Hanvey; James Richard Stacey, Sr.; Donald S. Butler; Venus Ventures, L.L.C.; Stuart Caffey; Curt Cunningham; U.S. Energy Corporation of America, Inc., Appellants**

v.

**Unit Texas Drilling, L.L.C., Appellee.**

No. 11–40323.

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2011.

Jeff Philipp Prostok, John Robert Forshey, Kristin Kay Schroeder, Forshey & Prostok, L.L.P., Fort Worth, TX, Frank M. Gilstrap, Hill Gilstrap, P.C., Arlington, TX, for Appellants.

Don Fogel, Holly Cynthia Hamm, Esq., Phil F. Snow, Snow Fogel Spence, L.L.P., Joy Elizabeth Palazzo, Esq., Hugh Earl Tanner, Morgan, Lewis & Bockius, L.L.P., Houston, TX, for Appellee.

Before HIGGINBOTHAM, DAVIS, and STEWART, Circuit Judges.

PER CURIAM: *

This Court has considered this appeal on the basis of the record, the briefs, and oral

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

argument. In light of this review, we affirm the judgment of the district court essentially for the reasons given in the district court's Order, *Don Hanvey Oil Trust, Inc. v. Unit Tex. Drilling, LLC,* No. C–10–202, 2011 WL 606264 (S.D.Tex. Feb.16, 2011).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.